Kevin R. Anderson, Bar No. 4786
INTERIM CHAPTER 13 TRUSTEE
Jocelyn J. Rick, Bar No. 9508
ATTORNEY FOR CHAPTER 13 TRUSTEE
47 West 200 South, Suite 600
Salt Lake City, Utah  84101
Telephone:  (801) 415-0222
Facsimile:   (801) 415-0233
Email: trusteemail@ch13jvc.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>MARK ANDREW PARK and<br>JALYNN NELSON PARK,<br><br>Debtors. | Case No.  05B-36949<br><br>Chapter 13<br><br>Judge Judith A. Boulden<br><br>Filed Electronically |

**CHAPTER 13 TRUSTEE'S NOTICE OF COMPLETED PLAN PAYMENTS AND REQUEST FOR ORDER GRANTING DISCHARGE**

Kevin R. Anderson, Interim Chapter 13 Trustee (hereinafter the "Trustee") for the above listed case hereby gives notice as follows:

The Chapter 13 Trustee has verified that Mark Andrew and Jalynn Nelson Park have completed payments under the Debtors' Chapter 13 Plan confirmed on December 22, 2005 and have complied with the requirements of the U.S. Bankruptcy Code and the Order Confirming Chapter 13 Plan.

The Trustee respectfully requests that the Court enter an Order granting a discharge to the Debtors.

The Trustee's Final Report and Accounting of Completed Chapter 13 Plan will be submitted as soon as all payments made to creditors on behalf of the Debtors in this case have been negotiated and no outstanding disbursements remain. This case will remain open pending

receipt of the Chapter 13 Trustee's Final Report and Accounting of Completed Chapter 13 Plan.

When the Trustees Final Account has been submitted, an order discharging the Trustee will be entered in this case.

DATED: March 9, 2009

_____/s/_____
KEVIN R. ANDERSON
Interim Chapter 13 Trustee
JOCELYN J. RICK
Attorney for the Chapter 13 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was addressed to the following persons and deposited in the U.S. Mail, first-class postage prepaid, on the 9th day of March 2009.

UNITED STATES TRUSTEE
ECF NOTIFICATION

MARK ANDREW PARK
JALYNN NELSON PARK
3601 SOUTH TRUTH LANE
MAGNA, UTAH 84044

JENNIFER L. NEELEMAN, ESQ.
ECF NOTIFICATION

_____/s/_____
Office Chapter 13 Trustee